UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH HALL,<br>　　　Plaintiff,<br><br>v.<br><br>HAWORTH, INC. et al.<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:12-cv-01776 |

### DEFENDANT HAWORTH, INC.'S
### PROOF OF SERVICE OF MEMBER DATA SHEET

Dawn Jakubowski states that she is an employee with Warner Norcross & Judd LLP, and that on May 29, 2013, she served a copy of Defendant Haworth, Inc.'s Member Data List (pursuant to the Court's May 22, 2013, Order Dkt. #43) on Plaintiff Keith Hall's attorney, Charles Strum, by electronic mail at csturm@steelesturm.com.

*/s/ Dawn Jakubowski*
Dawn Jakubowski