UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KEITH HALL,

        Plaintiff,

v.

HAWORTH, INC., and
MARK LOBB,

        Defendants.
_____/

Case No. 4:12-cv-01776

Hon. Vanessa D. Gilmore

## ORDER GRANTING AGREED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Having reviewed the parties' Agreed Motion to Extend Scheduling Order Deadlines, and otherwise being fully advised of the premises; it is hereby **ORDERED** that the parties' Motion is **GRANTED**. All future deadlines contained in the Court's November 2, 2012 Scheduling Order shall be, and hereby are, extended. The parties shall submit a revised Scheduling Order to the Court for review and approval no later than 45 days after ~~Plaintiff issues Notice to potential members of the collective action.~~ the date of this ORDER.

SIGNED on this _____ day of July, 2013.

_____
The Honorable Vanessa D. Gilmore
United States District Court Judge