. IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH HALL, on behalf of himself and all others similarly situated, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:12-CV-01776 |
| v. | § § § | |
| HAWORTH, INC., et al., | § § | COLLECTIVE ACTION |
| Defendants. | § § | |

## CONSENT TO JOIN COLLECTIVE ACTION

### Fair Labor Standards Act of 1938

### 29 U.S.C. § 216(b)

Pursuant to Section 16(b) of the Fair Labor Standards Act, I, ___Dale Halvorson___ hereby consent to be a party plaintiff in a collective action brought in the United States District Court for the Southern District of Texas entitled *Keith Hall v. Haworth, Inc., et al,* to recover unpaid wages, overtime wages and other sums owing to me and to other similarly-situated employees under the Fair Labor Standards Act [29 U.S.C. §§ 201-219]. I hereby authorize Steele Sturm, PLLC to pursue any claims I may have, including such litigation as may be necessary and I hereby consent and agree to become a plaintiff herein and to be bound by any settlement of this action or adjudication by the Court.

___July 31 2013___                    ___Dale Halvorson___
DATE                                             NAME (PRINTED)

                                                 ___[signature]___
                                                 SIGNATURE